# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2980
Lower Tribunal No. 2020CA-003783-0000-00

_____

RAYMOND MARQUIS,

Appellant,

v.

DAVID ORION DOYLE and NICHOLAS DOYLE,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

September 10, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Warren Kwavnick, of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, and William B. Bracken, Jr., of Bracken & Bergwall, P.A., Lakeland, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED